Joshua E. Lange
Petitioner, pro se
Reg. #22251-026
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

FILED
NOV - 6 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JOSHUA E. LANGE,  ) Civil No: Unassigned  19-CV-2302
Petitioner,       ) Criminal No: 17-20058
v.                ) PETITION FOR RELIEF UNDER
UNITED STATES OF AMERICA, ) 28 U.S.C. § 2255; MOTION FOR
Respondent.       ) EXTENSION OF TIME

COMES NOW, Joshua E. Lange, herein "Mr. Lange," petitioner pro se, and does hereby submit this timely preliminary petition for relief. Further, Mr. Lange asks for an extension of time to properly submit a complete petition of up to 90 days.

## I. PROCEDURAL HISTORY

The judgement in this case (Doc. 34) was entered into the record on November 14, 2018.

## II. GROUNDS FOR RELIEF

Mr. Lange submits the following preliminary grounds to support his petition under § 2255:

### A. Ground One

Failure to challenge the indictment.

### B. Ground Two

Failure to suppress evidence.

### C. Ground Three
Failure to communicate with Mr. Lange; Ex parte communications.

### D. Ground Four
Failure to engage in plea negotiations; secure closed plea.

### E. Ground Five
Failure to challenge presentence investigation.

### F. Ground Six
Failure to mitigate sentence; Ex parte communications.

### G. Ground Seven
Failure to file appeal.

## III. ATTORNEYS CONCERNED

These allegations concern Elissbeth R. Pollock and Peter W. Henderson of the Federal Public Defenders, 330 W. Main St., Urbana, IL 61801

## IV. EXTENSION OF TIME

Mr. Lange asks for 90 days to submit a properly supported petition for the following reasons: an attorney withdrew his commitment at a very late date; Mr. Lange is attempting to find assistance with a prison law clerk; and, this facility experiences frequent lockdowns, specifically in the near future including during scheduled executions.

## V. REQUEST FOR RELIEF

1) Vacate sentence and or plea of guilty;
2) Any and all other relief as determined to be proper.

Respectfully submitted this 30th day of October, 2019.

Respectfully,

*Joshua Lange*

Joshua E. Lange.

## CERTIFICATE OF MAILING

This document was placed in the hands of prison officials with full first-class postage paid on this date, 10/30/2019

x *Joshua Lange*