Joshua E. Lange
Petitioner, pro se
Reg. # 22251-026
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

FILED
NOV 20 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JOSHUA E. LANGE,
  Petitioner,
v.
UNITED STATES OF AMERICA,
  Respondent.

Case No: 19-CV-2302-JES
REPLY TO GOVERNMENT'S OPPOSITION MOTION

COMES NOW, Joshua E. Lange, the petitioner in this matter, pro se, and does hereby submit this reply to the government's motion in opposition (Doc. # unknown).

Mr. Lange received the government's motion on November 14, 2019.

Mr. Lange disagrees with the government's position and states the following:

1) The 28 U.S.C. § 2255 motion was timely filed as it was legally filed on October 30, 2019; when handed to prison officials. This is within the one-year statutory requirement as per AEDPA.

2) The government falsely construes Mr. Lange's request for time as it is not a "pre-filing extension." The filing is timely filed, albeit perfunctory and only after that is the extension requested to cure potential deficiencies.

pg. 1/2

3) The Supreme Court has cautioned that any 'document filed pro se should be liberally construed.' quoting Erickson v Pardus, 551 U.S. 89, 167 L.Ed.2d 1081 (2007) in Abu-Shawish v United States, 898 F.3d 726 (2019)(7th Cir.)

4) This court has considerable and broad discretion in this matter. The initial filing submitted by Mr. Lange was made in good faith with the emphasis on being timely and understanding that the law allows for an amended pleading. In no way would it prejudice the government to allow the amendment of the timely filed petition.

4) The petition was signed and submitted in good faith. Further, Good Cause was demonstrated therein. An attorney withdrew his committment at the last moment leaving Mr. Lange without assistance or his documents. This can be proved. Second, Mr. Lange was aware only that the time frame of one-year was imperative; that deadline was met. Finally, Mr. Lange found assistance in this prison, has his documents, and can now provide a more substantial pleading.

5) The petition should be amended and the ability to do so allotted by this Court.

Submitted this 15th day of November, 2019.

Respectfully,

Joshua E. Lange

CERTIFICATE OF MAILING

This document was placed in the hands of prison officials for mailing with full first-class postage paid on November 15, 2019. A copy was also placed in the mail to the U.S. Attorney of record.

x Joshua Lange
Joshua E. Lange

Pg. 2/2