Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Joshua E Lange** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case Number: 19-cv-2302 |
| | ) |
| **United States of America** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT ON MOTION UNDER 2255

**DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE. The Court declines to issue a certificate of appealability.

**Dated:**   November 3, 2020

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

s/ JES